UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Fort Dearborn Life Insurance Company</u>

          v.                         Civil No. 09-cv-42-JD

<u>Peter Neill, et al.</u>


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

August 6, 2009                                    */s/ Joseph A. DiClerico, Jr.*
                                                           Joseph A. DiClerico, Jr.
                                                           United States District Judge


cc:    Deborah Freeman, Esq.
        Sara Simeonidis, Esq.
        Theodore Lothstein, Esq.
        Jennifer Graham Haskell, Esq.
        Maureen Higham, Esq.